IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SOUTHLAND ROYALTY COMPANY LLC, | ) ) ) | Bankruptcy Case No. 20-10158 (KBO) Bankruptcy ADV No. 21-50555 (KBO) Bankruptcy ADV No. 21-50056 (KBO) |
| Debtor. | ) | |
| JAMES FULLERTON and BARBARA FULLERTON, | ) ) ) | |
| Appellants, | ) ) | |
| v. | ) ) | C.A. No. 21-718 (MN) |
| SOUTHLAND ROYALTY COMPANY, LLC, | ) ) ) | |
| Appellee. | ) ) | |
| GERALD ULIBARRI and WHITE RIVER ROYALTIES, LLC, | ) ) ) | |
| Appellants, | ) ) | |
| v. | ) ) | C.A. No. 21-719 (MN) |
| SOUTHLAND ROYALTY COMPANY, LLC, | ) ) ) | |
| Appellee. | ) ) | |

## **ORDER**

At Wilmington, this 1st day of July 2021,

WHEREAS, on June 14, 2021, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 5 in both C.A. No. 21-718 (MN) and 21-719 (MN)) recommending that these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no party filed objections to the Recommendation pursuant to Rule 72(a) of the Federal Rules of Civil Procedure in the prescribed period; and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and these matters are withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 5 at 2):

Appellants' Opening Brief – July 30, 2021

Appellees' Answering Brief –August 27, 2021

Appellants' Reply Brief –September 17, 2021.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Court